IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SADIQ AL-KAYSANI<br>a/k/a CHRISTOPHER KENNON,<br><br>　　Petitioner,<br><br>v.<br><br>MARTIN FRINK,<br><br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-01182-JDB-jay<br>)<br>)<br>)<br>)<br>) |

ORDER DISMISSING WITHOUT PREJUDICE PETITION
FOR WRIT OF HABEAS CORPUS
AND
DISMISSING ALL PENDING MOTIONS

On November 5, 2021, the Petitioner, Sadiq Al-Kaysani a/k/a Christopher Kennon, Tennessee Department of Correction prisoner number 327321, who is currently incarcerated at the Trousdale Turner Correctional Center in Hartsville, Tennessee, filed a pro se petition pursuant to 28 U.S.C. § 2254. (Docket Entry ("D.E.") 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis. Therefore, the Court issued an order on November 9, 2021, directing Petitioner to submit the required information or pay the $5.00 habeas filing fee within thirty days. (D.E. 3.)

On November 29, 2021, Petitioner filed a response asking the Court to allow him to deliver fees and costs personally. (D.E. 4.) The Court addressed the Petitioner's response in a second order issued December 20, 2021, directing Petitioner to submit, within thirty days of the date of the order, either the $5.00 habeas filing fee or a properly completed application to proceed in forma pauperis, along with his inmate trust account statement. (D.E. 5.) The order also provided that "[f]ailure to comply with this order in a timely manner will result in dismissal of the petition without further notice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute."

(*Id.* at PageID 12.)

Petitioner has not complied with the Court's order and the time for compliance has expired. Therefore, the Petition is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  All pending motions are DENIED as moot.

IT IS SO ORDERED this 22nd day of February 2022.

                                                          s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE